**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: _____Apr 14, 2025_____

Case No.:
3:25CV-212-RGJ
**Date:** March 28, 2025

**PLAINTIFFS:**

ALLI MUHAMMAD,

THE REVOLUTIONARY BLACK PANTHER PARTY

**vs.**

**DEFENDANTS:**

AHAMARA BREWSTER (AKA AHAMARA MATHIS),
DRE DAWSON (AKA DRE, SENSEI) et al.,

**COMPLAINT FOR COMMON LAW COPYRIGHT INFRINGEMENT, DEFAMATION, AND INJUNCTIVE RELIEF**

Plaintiff(s) Alli Muhammad et al., (AKA Dr. Alli Muhammad MD, Chief et al.), and the Revolutionary Black Panther Party (collectively referred to as "Plaintiffs"), hereby file this Complaint against Defendants Ahamara Brewster (AKA Ahamara Mathis), Dre Dawson (AKA Dre, Sensei), Steven Edward and Steven Louisville, (collectively "Defendants") for common law copyright infringement, defamation, and injunctive relief. Plaintiffs allege as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (diversity jurisdiction) as the amount in controversy exceeds $75,000.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b), as the Defendants reside in and committed the wrongful acts in Louisville, Kentucky.

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**FACTUAL BACKGROUND**

**Ahamara Brewster's Unlawful Conduct**

3. The Revolutionary Black Panther Party ("RBPP") was founded by Alli Muhammad and operates under common law copyright protecting its name, images, brand, and materials. The official title of Alli Muhammad is Chief-General-In-Command (AKA Chief), which is a unique title that the he created.

4. In 2019, Defendant Ahamara Brewster was expelled from the RBPP for violations including public drunkenness, abuse of members, theft of funds, and misconduct.

5. After her removal, Brewster unlawfully and without permission:

• Registered and incorporated the "Revolutionary Black Panther Party" in Louisville, Kentucky under false pretenses and without consent, permission or authorization from the plaintiff. i.e. Brewster incorporated; Organization Number: 1080236  Name: THE REVOLUTIONARY BLACK PANTHER PARTY CORPORATION.

• Used Plaintiffs' copyrighted name, brand, and images without authorization.

• Engaged in public defamation of the Defendant Alli Muhammad via social media, YouTube, online articles, and print newspapers.

• Mislead the public especially by falsely presenting herself as the "leader" or "general" of the Revolutionary Black Panther Party

• Register a website under the RBPP name (which is https://pantherlou.wixsite.com/rbpp)

• Defame and slander Alli Muhammad.
• Threatened the plaintiff and gave false statements to local news media about the plaintiff.

**Dre Dawson's Unlawful Conduct**

6. Defendant Dre Dawson was also expelled from the RBPP in 2019 for:

• Stealing funds from the Ministry of Education and threatening the Minister of Education, Laila Hampton when confronted.

• Physically assaulting a 15-year-old child, causing severe injuries, including a fractured eye socket.

7. **After his expulsion, Dawson conspired with Brewster to:**

• Illegally use the "Revolutionary Black Panther Party" name, brand, and images.

• Register a website under the RBPP name (which is https://pantherlou.wixsite.com/rbpp)

• Defame and slander Alli Muhammad.

**Brewster's and Dawson's Unlawful Actions**

• On July 12, 2020 the Defendant Brewster and Dawson with 14 to 20 armed individuals, threatened the life of the Plaintiff, and after the plaintiff and the real local Revolutionary Black Panther Party Louisville

2

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

Chapter, and the Revolutionary Black Panther Party, national and regional chapter members and the plaintiff stood their ground and had the Defendants and their "thugs" put down their guns and leave; The Defendant further carried out harm by contacting and intentionally give false statements, slanderous and defamatory statements Wave 3 news, about plaintiff to further threaten, stalk, anguish, abuse, m harm and damage the plaintiff and his reputation.

This unauthorized incorporation is an illegal usurpation of the Revolutionary Black Panther Party ( RBPP's) identity and a violation of Kentucky law, warranting immediate dissolution.

(i.e. Organization Number: 1080236  Name: THE REVOLUTIONARY BLACK PANTHER PARTY CORPORATION).

**Steven Edward** and **Steven Louisville** are the Treasurer and Director, these two's guilt is their involvement, and as such are also a part of the complaint and the injunction.

**CAUSES OF ACTION**

**COUNT I – COMMON LAW COPYRIGHT INFRINGEMENT**

8. Plaintiffs incorporate all preceding paragraphs as if fully stated herein.

9. Plaintiffs hold exclusive common law copyrights over the "Revolutionary Black Panther Party" name, brand, and materials.

10. Defendants willfully and unlawfully misappropriated and used the RBPP's copyrighted name, logo, and branding without consent.

11. Such conduct misleads the public, damages the RBPP's reputation, and causes financial harm.

**COUNT II – DEFAMATION AND SLANDER (PER SE)**

12. Defendants knowingly and maliciously made false statements about Alli Muhammad in:

- Print newspapers
- Online articles (https://www.wave3.com/2020/07/12/local-revolutionary-black-panther-chapter-responds-armed-protest-louisville/)
- YouTube and social media

13. These statements falsely accused Plaintiff of misconduct and damaged his reputation as a leader.

14. Such false statements constitute defamation per se, as they accuse Muhammad of actions damaging to his professional and personal character.

3

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

### COUNT III – CIVIL CONSPIRACY

15. **Defendants conspired to:**

- Misappropriate the Revolutionary Black Panther Party name and materials.

- Slander and defame Alli Muhammad.

16. Their joint actions demonstrate a clear conspiracy to harm Plaintiffs and unlawfully profit from the RBP's name.

### RELIEF REQUESTED

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

### A. Injunctive Relief

- Order Defendants to immediately cease all use of the name "Revolutionary Black Panther Party."

- Order Defendants to transfer all website domains and social media accounts related to the RBPP to Plaintiffs.

- Order Defendants to surrender all printed materials bearing the RBPP name, including T-shirts or images.

- Order for the revocation of Brewster et al., (unlawful) incorporation of the Revolutionary Black Panther Party (RBPP) under Kentucky law, due to the willful and repeated violations of the copyright and overall common law copyright of Alli Muhammad,.

### B. Monetary Damages

- Compensatory damages for financial loss, including:

- All donations, grants, and funds unlawfully obtained under the RBPP name.

- Punitive damages of $75 million to prevent further unlawful conduct.

C. Preliminary and Permanent Injunction

- Restraining Defendants from further using the name, brand, or claiming association with the RBPP.

- Gag order against Brewster and Dawson to prevent further defamation and harassment of Alli Muhammad.

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

• Restraining order against Brewster and Dawson to prevent further defamation and harassment of Alli Muhammad as they have threatened his life before and have sent death threats.

**RELIEF REQUESTED**

**WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:**

**A. Injunctive Relief**

• Order Defendant to cease all defamation, slander, and harassment of Alli Muhammad.

• Order Defendant to remove all defamatory content from social media and other platforms.

• Issue a permanent restraining order preventing Defendant from contacting or threatening Alli Muhammad.

• Order Defendants Brewster and Dawson, to make a public retraction and apology to the plaintiff Alli Muhammad, from Defendants, including on all platforms the Defendant defamed the Plaintiff on, most especially the online news article, Facebook, Messenger, Inboxes, YouTube and Moorish World TV and all other platforms and means (this includes but is not limited to any other names they refer to the plaintiff as or by etc., which this case includes any other).

• Order Defendant a prohibition from making further defamatory statements about Plaintiff.

• Order Defendant to immediately stop using the Revolutionary Black Panther Party name, images, and brand.

• Order Defendant to dissolve any use or incorporation or use of the name The Revolutionary Black Panther Party.

D. Attorney's Fees and Costs

• Order Defendants to pay all legal fees and court costs associated with this action.

E. Any Other Relief deemed just and proper by this Court.

DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all triable issues.

'

5

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**Dated:** March 28, 2025

Respectfully submitted,

Alli Muhammad
(Dr. Alli Muhammad MD)

**Plaintiff**

**Name Print:** Alli Muhammad

**Name Signature:**

**Email:** RBPPNationalHQ@Gmail.Com

**Phone:** 918-438-5540

**Defendants**

**Name:** Ahramara Brewster
**Address:** 1203 S. 43RD ST.
LOUISVILLE, KY 40211

**Name:** Dre Dawson
**Address:** 1203 S. 43RD ST.
LOUISVILLE, KY 40211

**Name:** Steven Louisville
**Address:** 1203 S. 43RD ST.
LOUISVILLE, KY 40211

**Name:** Steven Edward
**Address:** 1203 S. 43RD ST.
LOUISVILLE, KY 40211